**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE COUNTY OF DAKOTA, NEBRASKA, THE SHEET METAL WORKERS LOCAL NO. 40 HEALTH FUND, THE HARLEM SCHOOL DISTRICT 122, 4DUBS BBQ, INC.,** assignee of **"DUSTIN'S BAR-B-Q INC.,"** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| **v.** | **NO. 24-4276** |
| **UNITED BIOSOURCE CORPORATION,** now known as **"UNITED BIOSOURCE LLC,"** a wholly owned subsidiary of United Biosource Holdings, Inc., **EVERNORTH HEALTH, INC.,** formerly known as **"EXPRESS SCRIPTS HOLDING COMPANY," EXPRESS SCRIPTS, INC., PRIORITY HEALTHCARE CORP.** and **PRIORITY HEALTHCARE DISTRIBTION, INC.,** respectively doing business as **"CURASCRIPT SD,"** and **"CURASCRIPT SPECIALTY DISTRIBUTION SD," CURASCRIPT SD** and **ACCREDO HEALTH GROUP, INC.,** formerly known as **"CURASCRIPT S.P."** | |
| **Defendants.** | |

## O R D E R

**AND NOW**, this 5th day of March, 2026, upon consideration of the Motion to Dismiss the Amended Complaint (ECF No. 23 (the "Motion")) filed by United Biosource Corporation; Evernorth Health, Inc.; Express Scripts, Inc.; Priority Healthcare Corp. and Priority Healthcare Distribution, Inc.; Curascript SD; and Accredo Health Group, Inc. (together, "Defendants"), the Response in Opposition (ECF No. 29) filed by the County of Dakota, Nebraska ("Dakota

County"), the Sheet Metal Workers Local No. 40 Health Fund ("SMW Local 40"), the Harlem School District 122 ("Harlem SD 122"), and Dustin's Bar-B-Q Inc. ("Dustin's") (together, "Plaintiffs"), and Defendants' Reply to Plaintiffs' Opposition (ECF No. 29), it is hereby **ORDERED** that the Motion is **GRANTED.** Counts 3–9 and 13–14 of Plaintiffs' Amended Complaint are **DISMISSED WITH PREJUDICE** and Counts 1–2 and 10–12 of Plaintiffs' Amended Complaint are **DISMISSED WITHOUT PREJUDICE**. The Court grants Plaintiffs leave to replead Counts 1–2 and 10–12 to correct the deficiencies noted in the accompanying memorandum on or before **March 26, 2026.**

Also before the Court are the Parties' notices of supplemental authority in support of their briefing on the Motion (ECF Nos. 30, 31, 32, 35, 37), as well as Plaintiffs' Motion to Strike Defendants' Notice of Supplemental Authority (ECF No. 33), Defendants' Response thereto (ECF No. 34), and Plaintiffs' Reply in further support of their Motion to Strike (ECF No. 36). For the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion to Strike is **DENIED AS MOOT.**

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____

**HODGE, KELLEY B., J.**

2